# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153142

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SHANNON DAVID McKINNEY,
    Defendant-Appellant.

SC: 153142
COA: 330229
Berrien CC:  2015-002282-FH
              2015-002394-FH

_____/

      On order of the Court, the application for leave to appeal the December 18, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



t0914

Clerk